IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Brett D. Birkmeyer,

        Plaintiff,

v.

Old Dominion University, et al.,

        Defendants.

Civil Action Nos.: 2:07cv186
and
2:07cv513

## ORDER

Plaintiff's Motion To Consolidate (Docket No. 34) is **GRANTED**. This consolidation does not prevent the defendants in Civil Action No. 2:07cv186 from immediately filing dispositive motions.

Plaintiff's Motion For Expedited Rule 26(F) Scheduling Conference (Docket No. 36) is also **GRANTED**. The schedule for the consolidated cases will be decided upon at the Conference.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Walter D. Kelley, Jr.
United States District Judge

Norfolk, Virginia
December 3, 2007